# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES "DOUG" MAYO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF YAKIMA, WASHINGTON, TONY O'ROUKE, in his individual capacity; and DEBBIE COOK, in her individual capacity,<br><br>    Defendants. | No. 1:16-cv-03092-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal With Prejudice and Without an Award of Costs or Fees, ECF No. 22. The parties jointly stipulate and move for dismissal of this action as to Defendants City of Yakima, Tony O'Rourke, and Debbie Cook with prejudice and without costs or fees.

//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice and Without an Award of Costs or Fees, ECF No. 22, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without an award of costs or fees to any party.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 13th day of April, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2**